## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: In re Kreindler & Kreindler LLP, Petitioner     Docket No.: 23-178

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Paul R. Niehaus

Firm: Kirsch & Niehaus, PLLC

Address: 950 Third Avenue, Suite 1900

Telephone: (212) 631-0223     Fax: (212) 624-0223

E-mail: paul.niehaus@kirschniehaus.com

Appearance for: Kreindler & Kreindler LLP, Petitioner
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Edward M. Spiro, Morvillo, Abramowitz, Grand, Iason & Anello PC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 8, 2020     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Paul R. Niehaus

Type or Print Name: Paul R. Niehaus