United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: April 19, 2023
Docket #: 23-178op
Short Title: In Re: Kreindler & Kreindler LLP

DC Docket #: 03-md-1570
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
DC Judge: Netburn

# NOTICE OF MOTION PLACED ON THE CALENDAR

A Petition for a Writ of Mandamus and motion for Leave to File Redacted Petition filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, May 2, 2023.

Inquiries regarding this case may be directed to 212-857-8595.